UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
At Greenbelt

IN RE:
DIVERSIFIED HEALTH SERVICES OF MD
DBA DIVERSIFIED HEALTH SERVICES OF M
DBA CHARLOTTE HALL VETERANS HOME

Case No. 03-31023 TJC

Chapter 7

Debtor(s)

**TRUSTEE'S FINAL REPORT AND PROPOSED DISTRIBUTION**

GARY A. ROSEN, Trustee of the estate of the above-named Debtor(s), certifies to the Court and the United States Trustee, that the Trustee has faithfully and properly fulfilled the duties of the office of the Trustee, that the Trustee has examined all proofs of claims as appropriate under the proposed distribution, ant that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of Court.

Therefore, the Trustee requests that the Final Report and Proposed Distribution be accepted.

Dated:   November 30, 2006          /s/ GARY A. ROSEN
                                    GARY A. ROSEN, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
At Greenbelt

IN RE:
**DIVERSIFIED HEALTH SERVICES OF MD**              Case No. 03-31023 TJC
**DBA DIVERSIFIED HEALTH SERVICES OF M**
**DBA CHARLOTTE HALL VETERANS HOME**              Chapter 7

Debtor(s)

**TRUSTEE'S FINAL REPORT AND
PROPOSED DISTRIBUTION TO CREDITORS**

The Chapter 7 petition commencing this case was filed on 09/02/03.

The trustee certifies that the balance of the estate accounts are as follows:

The Trustee certifies that the balance of the estate's bank account at JPMORGAN CHASE BANK, N.A., account no. ********5365, is $45,177.40. This balance includes all interest earned through the date of preparation of this Final Report. As of the filing of this Final Report, all monies have been placed in an interest bearing account. (Attached hereto are bank statements and canceled checks to date from all estate accounts.)

All property of the estate, except that claimed exempt by the debtor(s), (without objection, or determined by the Court as exempt) has been inventoried, collected and liquidated. (See Form 1, which contains an inventory of the estate.) Any property not heretofore abandoned is now abandoned by the trustee and is scheduled on the attached Application to Abandon Property.

The trustee has examined the proofs of claim and objected to the allowance of any claim that is improper. All objections to claims of creditors made by the trustee have been either heard or determined by the Court. (See attachment).

The trustee's Application for Compensation and Reimbursement of Expenses which shows the computation of such compensation is attached. Applications for Approval of Compensation and Expenses of Professional Persons have been filed with the Court and the Office of the United States Trustee.

Having administered the Debtor(s) estate as herein before stated, the trustee reports to the Court as follows:

SUMMARY OF ACCOUNT AS OF 09/19/06

1. Total funds/receipts (See Form 2)     $ 45,255.16

2. Less actual disbursements to date     $ 77.76

    a. Separately show exemptions actually paid debtors     $ 0.00

3. Amount now available for distribution     $ 45,177.40

4. Proposed Disbursements

    a. For secured claims     $ 0.00

    b. For administrative expenses

       (1) Trustee's fee     $ 5,275.52

       (2) Trustee's expenses     $ 152.77

       (3) Attorney for Trustee     $ 0.00

           U.S. Trustee fee     $ 0.00

           Court Costs     $ 0.00

       (4) Other     $ 0.00

    c. For priority claims     $ 0.00

    d. For unsecured claims     $ 39,749.11

    e. Other: (list)     $ 0.00

The undersigned trustee of the estate of the above-named Debtor(s), certifies to the Court and the United States Trustee, that the trustee has faithfully and properly fulfilled the duties of the office of trustee, that the trustee has examined all proofs of claim as appropriate under the proposed distribution, and that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of court.

Therefore, the trustee requests that the Final Report and Proposed Distribution be accepted.

Dated:     November 30, 2006     /s/ GARY A. ROSEN
GARY A. ROSEN, Trustee
ONE CHURCH STREET
SUITE 802
ROCKVILLE, MD 20850
(301) 251-0202

**APPLICATION TO ABANDON PROPERTY**

     Unless a written objection to this proposed abandonment of property is filed with the Clerk of the Court and served upon the Chapter 7 trustee, the Chapter 7 trustee, pursuant to 11 U.S.C. Section 554, abandons the following property for the reason stated:

| DESCRIPTION OF PROPERTY | LIEN HOLDER | REASON FOR ABANDONMENT |
|---|---|---|
| | **NONE** | |

**ANALYSIS OF CLAIMS**

CASE NAME:         DIVERSIFIED HEALTH SERVICES OF MD
CASE NO.:          03-31023 TJC
BAR DATE FOR CLAIMS:   01/26/06
CLAIMS REVIEWED BY:    GARY A. ROSEN, Trustee

| Claim # | CREDITOR'S NAME | DATE OF CLAIM | SECURED AMOUNT | PRIORITY AMOUNT | UNSECURED AMOUNT | OBJECTION/ DISPOSITION |
|---|---|---|---|---|---|---|
| 1 | Tristate Medical Services, Inc. | 11/25/03 | | | 3,967.33 | NO |
| 2 | De Lage Landen Financial Services | 12/05/03 | | | 2,465.67 | NO |
| 3 | BEP Services, LP | 01/05/04 | | | 1,346,844.58 | NO |
| 4 | Tristate Medical Services, Inc. | 11/02/05 | | | 3,967.33 | YES |
| 5 | Brown, Goldstein & Levy | 11/10/05 | | | 248.81 | NO |
| 6 | Fun Express | 11/14/05 | | | 53.10 | NO |
| 7 | Delores J. Kane | 11/15/05 | | | 4,478.26 | NO |
| 8 | TLC Nursing | 11/17/05 | | 11,761.60 | | NO |
| 9 | Eleanor Robey | 12/14/05 | | | 5,229.38 | NO |
| 10 | Mary Alice Clark | 01/17/06 | | | 221.54 | NO |
| 11 | De Lage Landen Financial Services, Inc. | 01/17/06 | | | 13,155.49 | NO |
| 12 | Choice Professional Services | 01/17/06 | | | 53,770.27 | NO |
| 13 | Blackhawk, Inc. | 01/17/06 | | | 5,280.34 | NO |
| 14 | State of Maryland Central Collection Unit | 01/23/06 | | | 2,192.58 | NO |
| 15 | Carday Assoc. for Washington Wholesalers Health & Welfare Fu | 01/23/06 | | | 6,157.41 | NO |
| 16 | TLC Nursing | 06/23/06 | | | 11,761.60 | NO |
| | | TOTAL | 0.00 | 11,761.60 | 1,459,793.69 | |

**TRUSTEE'S OBJECTIONS TO PROOFS OF CLAIM**

CASE NAME:              DIVERSIFIED HEALTH SERVICES OF MD
CASE NO.:               03-31023 TJC
BAR DATE FOR CLAIMS:    01/26/06
CLAIMS REVIEWED BY:     GARY A. ROSEN, Trustee

| Claim # | Creditor | Reason for Objection | Disposition |
|---|---|---|---|
| 4 | Tristate Medical Services, Inc.<br>1314 MinnesotaWay<br>Largo, MD 20774- | Objection Filed.  Disallowed | Y |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
At Greenbelt

| | |
|---|---|
| IN RE: <br> **DIVERSIFIED HEALTH SERVICES OF MD** <br> **DBA DIVERSIFIED HEALTH SERVICES OF M** <br> **DBA CHARLOTTE HALL VETERANS HOME** <br><br> **Debtor(s)** | Case No. 03-31023 TJC <br><br> Chapter 7 |

**CERTIFICATION BY TRUSTEE OF CLAIMS REVIEW**

I hereby certify that I have reviewed and properly disposed of all claims in the above referenced case.

Dated:   November 30, 2006         /s/ GARY A. ROSEN
                                   GARY A. ROSEN, Trustee

# TRUSTEE'S PROPOSED DISTRIBUTION
(List Each Disbursement and Amount)

CASE NAME: <u>DIVERSIFIED HEALTH SERVICES OF MD</u>     CASE NO.:<u>03-31023</u>

TOTAL FUNDS AVAILABLE FOR DISTRIBUTION:     $<u>    45,177.40</u>

1. SECURED CLAIMS (Itemize)

| CLAIM NO. | CLAIMANT | AMOUNT OF CLAIM | AMOUNT TO BE PAID |
|---|---|---|---|
| | | $ 0.00 | $ 0.00 |

2. ADMINISTRATIVE EXPENSES (Section 507(a)(1))

   Specifically Listing:

| | | |
|---|---|---|
| Trustee Compensation | $ | 5,275.52 |
| Trustee Expenses | $ | 152.77 |
| Attorney for Trustee -Compensation | $ | 0.00 |
| Attorney for Trustee - Expenses | $ | 0.00 |
| Other Professionals | $ | 0.00 |
| Subtotal | $ | 5,428.29 |
| | | |
| U.S. Trustee Quarterly Fee Payment | $ | 0.00 |
| Subtotal | $ | 0.00 |
| Court Costs: | | |
|     Notice Fees at 50 cents each | $ | 0.00 |
|     Filing Fees | $ | 0.00 |
|     Copies | $ | 0.00 |
|     Other | $ | 0.00 |
| Subtotal | $ | 0.00 |
| | | |
| TOTAL | $ | 5,428.29 |

3. ADMINISTRATIVE EXPENSES INCURRED IN PREVIOUS CHAPTERS PRIOR TO CONVERSION (726)

| CLAIM NO. | NAME OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT TO BE PAID |
|---|---|---|---|
| | | $ 0.00 | $ 0.00 |

4.   PRIORITY CLAIMS (Section 507 (a)(2))
     INVOLUNTARY GAP PERIOD CLAIMS

| CLAIM NO. | CLAIMANT | AMOUNT OF CLAIM | AMOUNT TO BE PAID |
|---|---|---|---|
| | | $ 0.00 | $ 0.00 |

5.   PRIORITY CLAIMS (507(a)(3) WAGES, ETC. AND 507(a)(4))
     CONTRIBUTIONS TO EMPLOYEE FUNDS UP TO $4,300.00

| CLAIM NO. | CLAIMANT | AMOUNT OF CLAIM | AMOUNT TO BE PAID |
|---|---|---|---|
| | | $ 0.00 | $ 0.00 |

6.   PRIORITY CLAIMS 507(a)(5)) ENGAGES IN PRODUCTION OF GRAIN
     OR A UNITED STATES FISHERMAN UP TO 4,300.00:

| CLAIM NO. | CLAIMANT | AMOUNT OF CLAIM | AMOUNT TO BE PAID |
|---|---|---|---|
| | | $ 0.00 | $ 0.00 |

7.   PRIORITY CLAIM (507(a)(6)) CONSUMER DEPOSIT, ETC. AND PURCHASE OF SERVICES
     NOT PROVIDED UP TO $1,950.00

| CLAIM NO. | CLAIMANT | AMOUNT OF CLAIM | AMOUNT TO BE PAID |
|---|---|---|---|
| | | $ 0.00 | $ 0.00 |

8.   PRIORITY CLAIMS (507(a)(7)) CHILD SUPPORT AND ALIMONY

| CLAIM NO. | CLAIMANT | AMOUNT OF CLAIM | AMOUNT TO BE PAID |
|---|---|---|---|
| | | $ 0.00 | $ 0.00 |

9.   TAX LIEN CLAIMS (724):

| CLAIM NO. | CLAIMANT | AMOUNT OF CLAIM | AMOUNT TO BE PAID |
|---|---|---|---|
| | | $ 0.00 | $ 0.00 |

10.  PRIORITY CLAIM (507(a)(8) TAX CLAIMS:

| CLAIM NO. | CLAIMANT | AMOUNT OF CLAIM | AMOUNT TO BE PAID |
|---|---|---|---|
| | | $ 0.00 | $ 0.00 |

11. PRIORITY CLAIM (507(a)(9) FEDERAL DEPOSITORY INSTITUTIONS (FDIC):

| CLAIM NO. | CLAIMANT | AMOUNT OF CLAIM | AMOUNT TO BE PAID |
|---|---|---|---|
| | | $ 0.00 | $ 0.00 |

12. UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | AMOUNT OF CLAIM | AMOUNT TO BE PAID |
|---|---|---|---|
| 3 | BEP Services, LP | 1,346,844.58 | 36,936.76 |
| 5 | Brown, Goldstein & Levy | 248.81 | 6.82 |
| 6 | Fun Express | 53.10 | 1.46 |
| 7 | Delores J. Kane | 4,478.26 | 122.81 |
| 9 | Eleanor Robey | 5,229.38 | 143.41 |
| 10 | Mary Alice Clark | 221.54 | 6.08 |
| 11 | De Lage Landen Financial Services, Inc. | 13,155.49 | 360.78 |
| 12 | Choice Professional Services | 53,770.27 | 1,474.63 |
| 13 | Blackhawk, Inc. | 5,280.34 | 144.81 |
| 14 | State of Maryland Central Collection Unit | 2,192.58 | 60.13 |
| 15 | Carday Assoc. for Washington Wholesalers Health & Welfare Fu | 6,157.41 | 168.86 |
| 16 | TLC Nursing | 11,761.60 | 322.56 |
| | | $ 1,449,393.36 | $ 39,749.11 |

13. LATE CLAIMS:

| CLAIM NO. | CLAIMANT | AMOUNT OF CLAIM | AMOUNT TO BE PAID |
|---|---|---|---|
| | | $ 0.00 | $ 0.00 |

14. FINE, PENALTY, FORFEITURE OR PUNITIVE DAMAGES:

| CLAIM NO. | CLAIMANT | AMOUNT OF CLAIM | AMOUNT TO BE PAID |
|---|---|---|---|
| | | $ 0.00 | $ 0.00 |

15. INTEREST ON UNSECURED CLAIMS:

| CLAIM NO. | CLAIMANT | AMOUNT OF CLAIM | AMOUNT TO BE PAID |
|---|---|---|---|
| | | $ 0.00 | $ 0.00 |

16. BALANCE TO DEBTOR (if debtor is an individual)

| CLAIM NO. | CLAIMANT | AMOUNT OF CLAIM | AMOUNT TO BE PAID |
|---|---|---|---|
| | | $ 0.00 | $ 0.00 |
| | | | $ 0.00 |

BALANCE ON HAND (should be -0-)


NOTE: ACTUAL DISTRIBUTION IS DEPENDENT ON THE COURT'S RULING ON ADMINISTRATIVE EXPENSES INCLUDING COURT COSTS ALLOWED, CONTENT OF CLAIMS AND/OR OBJECTIONS MADE TO THIS PROPOSED DISTRIBUTION.