Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 03-31023
Case Name: DIVERSIFIED HEALTH SERVICES OF MD
DBA DIVERSIFIED HEALTH SERVICES OF M
Period Ending: 09/18/06

Trustee: (400440) GARY A. ROSEN
Filed (f) or Converted (c): 09/02/03 (f)
§341(a) Meeting Date: 10/03/03
Claims Bar Date: 01/26/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK OF AMERICA CHECKING ACCOUNT | 20,248.19 | 20,248.19 | | 20,604.39 | FA |
| 2 | ACCOUNTS RECEIVABLE | 20,339.82 | 20,339.82 | | 11,099.02 | FA |
| 3 | HIGHLAND TAX LITIGATION (u) | Unknown | 13,099.15 | | 13,104.15 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 447.60 | Unknown |
| 4 | Assets   Totals (Excluding unknown values) | $40,588.01 | $53,687.16 | | $45,255.16 | $0.00 |

Major Activities Affecting Case Closing:
TRUSTEE IS COLLECTING ACCOUNTS RECEIVABLE.
1/30/06 - FINAL ACCOUNT RECEIVABLE HAS BEEN RECEIVED, AND TRUSTEE IS PREPARING FINAL REPORT.

Initial Projected Date Of Final Report (TFR): December 30, 2005   Current Projected Date Of Final Report (TFR): February 28, 2006

Printed: 09/18/2006 10:57 AM   V.8.12

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 03-31023 | Trustee: | GARY A. ROSEN (400440) |
|---|---|---|---|
| Case Name: | DIVERSIFIED HEALTH SERVICES OF MD DBA DIVERSIFIED HEALTH SERVICES OF M | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 52-1431601 | Account: | ***-*****53-65 - Money Market Account |
| Period Ending: | 09/18/06 | Blanket Bond: | $2,000,000.00 (per case limit) |
| | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/27/03 | {1} | DHS OF MARYLAND, INC. | TO CLOSE DEBTOR'S BANK ACCOUNT | 1129-000 | 20,604.39 | | 20,604.39 |
| 10/31/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 0.34 | | 20,604.73 |
| 11/05/03 | {2} | NANCY GRIGSBY | ACCOUNT RECEIVABLE | 1129-000 | 667.57 | | 21,272.30 |
| 11/28/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 3.48 | | 21,275.78 |
| 12/05/03 | {2} | NANCY SPENCER GRIGSBY | ACCOUNTS RECEIVABLE | 1129-000 | 455.17 | | 21,730.95 |
| 12/05/03 | {2} | NANCY SPENCER GRIGSBY | ACCOUNTS RECEIVABLE | 1129-000 | 470.01 | | 22,200.96 |
| 12/31/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 3.73 | | 22,204.69 |
| 01/12/04 | {2} | NANCY SPENCER GRIGSBY | ACCOUNTS RECEIVABLE | 1129-000 | 449.34 | | 22,654.03 |
| 01/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 3.81 | | 22,657.84 |
| 02/02/04 | {2} | NANCY SPENCER GRIGSBY | ACCOUNT RECEIVABLE | 1129-000 | 449.18 | | 23,107.02 |
| 02/24/04 | {2} | MEDICARE | ACCOUNT RECEIVABLE | 1129-000 | 160.92 | | 23,267.94 |
| 02/27/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 3.66 | | 23,271.60 |
| 03/08/04 | {2} | NANCY SPENCER-GRIGSBY | ACCOUNT RECEIVABLE | 1129-000 | 449.17 | | 23,720.77 |
| 03/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 3.67 | | 23,724.44 |
| 04/01/04 | {2} | NANCY SPENCER-GRIGSBY | ACCOUNTS RECEIVABLE | 1129-000 | 449.16 | | 24,173.60 |
| 04/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 2.96 | | 24,176.56 |
| 05/11/04 | {2} | NANCY SPENCER GRIGSBY | ACCOUNTS RECEIVABLE | 1129-000 | 667.34 | | 24,843.90 |
| 05/17/04 | 1001 | GARY A. ROSEN, CHARTERED | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/17/2004 FOR CASE #03-31023 | 2300-000 | | 21.93 | 24,821.97 |
| 05/28/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 3.12 | | 24,825.09 |
| 06/01/04 | {2} | NANCY L. SPENCER-GRIGSBY | ACCOUNTS RECEIVABLE | 1129-000 | 237.27 | | 25,062.36 |
| 06/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 3.08 | | 25,065.44 |
| 07/13/04 | {2} | NANCY L. SPENCER-GRIGSBY | ACCOUNT RECEIVABLE | 1129-000 | 661.16 | | 25,726.60 |
| 07/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 3.23 | | 25,729.83 |

Subtotals: $25,751.76 $21.93

{} Asset reference(s)  
Printed: 09/18/2006 10:57 AM  V.8.12

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 03-31023 | | Trustee: | GARY A. ROSEN (400440) |
|---|---|---|---|---|
| Case Name: | DIVERSIFIED HEALTH SERVICES OF MD DBA DIVERSIFIED HEALTH SERVICES OF M | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 52-1431601 | | Account: | ***-*****53-65 - Money Market Account |
| Period Ending: | 09/18/06 | | Blanket Bond: | $2,000,000.00   (per case limit) |
| | | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/04/04 | {2} | MUTUAL OF OMAHA - MEDICARE | Accounts Receivable | 1129-000 | 119.50 | | 25,849.33 |
| 08/04/04 | {2} | MUTUAL OF OMAHA - MEDICARE | Accounts Receivable | 1129-000 | 438.85 | | 26,288.18 |
| 08/04/04 | {2} | NANCY L SPENCER-GRIGSBY | Accounts Receivable | 1129-000 | 472.47 | | 26,760.65 |
| 08/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 4.14 | | 26,764.79 |
| 09/10/04 | {2} | NANCY SPENCER-GRIGSBY | ACCOUNT RECEIVABLE | 1129-000 | 466.30 | | 27,231.09 |
| 09/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 4.43 | | 27,235.52 |
| 10/05/04 | {2} | MUTUAL OF OMAHA - MEDICARE PAYMENT | Accounts Receivable | 1129-000 | 155.10 | | 27,390.62 |
| 10/07/04 | {2} | NANCY SPENCER GRIGSBY | Accounts Receivable | 1129-000 | 692.31 | | 28,082.93 |
| 10/29/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 4.94 | | 28,087.87 |
| 11/04/04 | {2} | NANCY SPENCER-GRIGSBY | Accounts Receivable | 1129-000 | 3,638.20 | | 31,726.07 |
| 11/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 6.33 | | 31,732.40 |
| 12/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 6.72 | | 31,739.12 |
| 01/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3000% | 1270-000 | 7.96 | | 31,747.08 |
| 02/28/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 7.57 | | 31,754.65 |
| 03/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 9.44 | | 31,764.09 |
| 04/29/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 9.14 | | 31,773.23 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 9.45 | | 31,782.68 |
| 06/22/05 | 1002 | GARY A. ROSEN, CHARTERED | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/22/2005 FOR CASE #03-31023 | 2300-000 | | 32.85 | 31,749.83 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 10.14 | | 31,759.97 |
| 07/19/05 | {3} | ACE AMERICAN INSURANCE CO. | SETTLEMENT OF HIGHLAND TANK LITIGATION | 1249-000 | 13,104.15 | | 44,864.12 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 12.68 | | 44,876.80 |
| | | | | Subtotals : | $19,179.82 | $32.85 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 03-31023 | Trustee: | GARY A. ROSEN (400440) |
|---|---|---|---|
| Case Name: | DIVERSIFIED HEALTH SERVICES OF MD DBA DIVERSIFIED HEALTH SERVICES OF M | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 52-1431601 | Account: | ***_*****53-65 - Money Market Account |
| Period Ending: | 09/18/06 | Blanket Bond: | $2,000,000.00  (per case limit) |
| | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 17.15 | | 44,893.95 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 17.65 | | 44,911.60 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 19.51 | | 44,931.11 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 20.32 | | 44,951.43 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 22.48 | | 44,973.91 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 25.33 | | 44,999.24 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 24.17 | | 45,023.41 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 26.77 | | 45,050.18 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 28.52 | | 45,078.70 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 30.64 | | 45,109.34 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 29.67 | | 45,139.01 |
| 07/20/06 | 1003 | GARY A. ROSEN, CHARTERED | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/20/2006 FOR CASE #03-31023, Reimburse for Bond Premium | 2300-000 | | 22.98 | 45,116.03 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 30.68 | | 45,146.71 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 30.69 | | 45,177.40 |
| | | | ACCOUNT TOTALS | | 45,255.16 | 77.76 | $45,177.40 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 45,255.16 | 77.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $45,255.16 | $77.76 | |

{} Asset reference(s)

Printed: 09/18/2006 10:57 AM   V.8.12

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 03-31023 |
| Case Name: | DIVERSIFIED HEALTH SERVICES OF MD DBA DIVERSIFIED HEALTH SERVICES OF M |
| Taxpayer ID #: | 52-1431601 |
| Period Ending: | 09/18/06 |

| | |
|---|---|
| Trustee: | GARY A. ROSEN (400440) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****53-65 - Money Market Account |
| Blanket Bond: | $2,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |

|  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***-*****53-65 | 45,255.16 | 77.76 | 45,177.40 |
| | $45,255.16 | $77.76 | $45,177.40 |

{} As set reference(s)