UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

IN RE:                                              )
                                                    )
                                                    )
                                                    )
DIVERSIFIED HEALTH SERVICES OF                      )   CASE NO. 03-31023-TJC
Maryland, Inc.                                      )   CHAPTER 7
                                                    )
                                                    )
DEBTOR(S)                                           )

## REVIEW BY THE UNITED STATES TRUSTEE

I have reviewed the Trustee's Final Report and Proposed Distribution.

W. CLARKSON McDOW, JR.
UNITED STATES TRUSTEE
FOR REGION FOUR

BY: /s/ David I. Gold

David I. Gold
Trial Attorney
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20770
(301) 344-6216

DATED: 11/16/06