UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

In re:                                         )
                                               )
Diversifired Health Services of Maryland Inc.  )   Bankruptcy Case No: 03-31023
                                               )   Chapter 7
        Debtor(s)                              )
                                               )
_____)

APPLICATION FOR RELEASE OF FUNDS
IN THE UNCLAIMED FUNDS REGISTRY

FILED
FEB 24 2010
CLERK'S OFFICE
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Dilks & Knopik, LLC, hereinafter called Applicant, who is the Attorney-in-Fact for BEP Creditors Trust, Claimant, and respectfully moves the Court to enter an order of release of funds due to Bep Services, Lp, Creditor in the above captioned case, and would show:

1. The trustee appointed by the Court in this case did deposit in the registry of the Court the amount of $38,183.10, which is the sum of all monies deposited, and specifically named Creditor the rightful Creditor due this amount. BEP Services, LP filed for bankruptcy on 05/31/2001 in the Western District of Tennessee. Pursuant to the Order confirming debtors second amended joint consolidated plan of liquidation (exhibit A), the BEP Creditors Trust (exhibit B) was established to obtain and liquidate funds. E. Franklin Childress, Jr. is the Counsel for Trustee, as evidenced by exhibit C.

2. To the best of my knowledge and belief, there is no dispute or controversy as to these funds, their availability or to whom they belong.

3. BEP Creditors Trust has appointed Dilks & Knopik, LLC its Attorney-in-Fact for the collection of these funds. (Please see the attached Power of Attorney).

4. Applicant is aware of the state law requirements for being a personal representative.

5. Claimants current address and phone number are:

    BEP Creditors Trust
    E. Franklin Childress, Jr., Counsel for Trustee
    165 Madison Avenue, Suite 2000
    Memphis, TN 38103
    901.577.2147
    Last four digits of SS#/Tax ID: 6384

WHEREFORE, Applicant asks the Court to enter an order to the Clerk of the Court to release said funds to Claimant c/o Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027.

Respectfully Submitted:

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-Fact for
BEP Creditors Trust
PO Box 2728
Issaquah, WA 98027
(425) 836-5728

On 2|18|10 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

Caryn M. Dilks, Notary Public
[Seal]   for the State of Washington, County of King
My Commission Expires: July 29, 2010

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

In re:                                              )
                                                    )
Diversifired Health Services of Maryland Inc.       )   Bankruptcy Case No: 03-31023
                                                    )   Chapter 7
            Debtor(s)                               )
                                                    )
_____                )

## NOTICE OF APPLICATION FOR
## PAYMENT OF UNCLAIMED FUNDS

Notice is hereby given to the Court that on February 18, 2010 the following individuals were advised, via US Postal Service, of the intent to apply for the release of funds in the amount of $38,183.10, for the above-mentioned case.

| | |
|---|---|
| US Attorney for the District of Maryland<br>Attn: Allen F. Loucks<br>36 S. Charles St., 4th Floor<br>Baltimore, MD 21201 | Diversifired Health Services of Maryland Inc.<br>Debtor(s)<br>6799 Great Oaks Road, Suite 250<br>Germantown, TN 38138 |

Notice is further given to the court that the following individuals were advised via electronic mail of the intent to apply for the unclaimed funds:

| | |
|---|---|
| Gary A. Rosen<br>Case Trustee<br>grosen@covad.net | Alan D. Eisler<br>Debtor's Attorney<br>aeisler@meyerseisler.com |

Respectfully Submitted:

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-Fact for
BEP Creditors Trust